JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN ABED,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VYAIRE MEDICAL, INC.<br>and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No.:　8:21-cv-01012-JVS-JDE<br><br>District Judge:　　James V. Selna<br>Magistrate Judge:　John D. Early<br><br>**JUDGMENT IN A CIVIL CASE**<br><br>Case Filed:　　April 29, 2021<br>Removed:　　　June 10, 2021<br>Trial:　　　　　February 15, 2023 |

1

JUDGMENT IN A CIVIL CASE

This action came before this Court for trial on February 15, 2023, and the issues having been decided, this Court has found in favor of Plaintiff on his claims for Failure to Pay Wages & Penalty, Unfair Competition (Bus. & Prof. Code § 17200, *et seq*.), and Breach of Contract.

Accordingly, **IT IS HEREBY ORDERED AND ADJUDGED**:

1. That Plaintiff Jonathan Abed recover from Defendant Vyaire Medical, Inc. the amount of $100,932.28 in damages for Breach of Contract, Unpaid Wages, and Unfair Competition;

2. That Plaintiff Jonathan Abed recover from Defendant Vyaire Medical, Inc. the amount of $22,868.76 for interest on damages for Breach of Contract and Unpaid Wages, and Unfair Competition; and

3. That Plaintiff Jonathan Abed recover from Defendant Vyaire Medical, Inc. the amount of $34,226.80 in waiting time penalties.

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED** that said Plaintiff Jonathan Abed have and recover from said Defendant Vyaire Medical, Inc., the sum of $158,027.84, with interest thereon at the statutory from the date of the entry of this Judgment until paid, together with attorneys' fees in the amount of $_____ and costs in the amount of $_____ **(fees and costs to be determined by motion to the Court.)**

DATED: February 27, 2023

_____
HON. JAMES V. SELNA
United States District Judge

**CERTIFICATE OF SERVICE**
*Jonathan Abed v. Vyaire Medical, Inc., et al.*
Case No.: 8:21-cv-01012-JVS-(JDEx)

I am over the age of 18 and not a party to the within action. I am employed in the County of Orange, State of California; my business address is 335 Centennial Way, Tustin, California 92780.

On the date set forth below, I caused to be electronically filed the following document(s) described as:

**[PROPOSED] JUDGMENT IN A CIVIL CASE**

**[X]   BY CM/ECF SYSTEM:** I caused the above-referenced document(s) to be sent by electronic transmittal to the Clerk's Office using the CM/ECF System for filing which generated a Notice of Electronic Filing to the CM/ECF registrants in this case listed below:

> John J. Shaeffer
> Daniel V. Kitzes
> FOX ROTHSCHILD, LLP
> 10250 Constellation Blvd., Ste. 900
> Los Angeles, CA 90067
> T: (310) 598-4150 / F: (310) 556-9828
> *jshaeffer@foxrothschild.com*
> *dkitzes@foxrothschild.com*
>
> **Attorneys for Defendant,
> VYAIRE MEDICAL, INC.**

[Federal]   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 27, 2023 at Tustin, California.

<u>/s/ Donald E. Corbett</u>
Donald E. Corbett