# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN ABED,<br><br>        Plaintiff,<br><br>    v.<br><br>VYAIRE MEDICAL, INC., and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No.:   8:21-CV-01012-JVS-JDE<br><br>District Judge:    Hon. James V. Selna<br>Magistrate Judge: Hon. John D. Early<br><br>**AMENDED JUDGMENT IN A CIVIL CASE [85]**<br><br>Action Filed: April 29, 2021<br>Removed:      June 10, 2021<br>Final PTC:    January 30, 2023<br>Trial Date:   February 15, 2023 |

This action came before this Court for trial on February 15, 2023, and the issues having been decided, this Court has found in favor of Plaintiff on his claims, for Failure to Pay Wages & Penalty, Unfair Competition (Bus. & Prof. Code § 17200, *et seq.*), and Breach of Contract.

Accordingly, **IT IS HEREBY ORDERED AND ADJUDGED**:

1. That Plaintiff Jonathan Abed recover from Defendant Vyaire Medical, Inc. the amount of $100,932.28 in damages for Breach of Contract, Unpaid Wages, and Unfair Competition;

2. That Plaintiff Jonathan Abed recover from Defendant Vyaire Medical, Inc. the amount of $22,868.76 for interest on damages for Breach of Contract and Unpaid Wages, and Unfair Competition; and

3. That Plaintiff Jonathan Abed recover from Defendant Vyaire Medical, Inc. the amount of $34,226.80 in waiting time penalties.

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED** that said Plaintiff Jonathan Abed have and recover from said Defendant Vyaire Medical, Inc., the sum of $158,027.84, together with attorneys' fees in the amount of $325,000.00 and costs in the amount of $4,114.46, for a total Judgment of **$487,142.30**, with post judgment interest accruing thereon at the statutory rate per annum from the date of the entry of this Judgment until paid.

DATED: March 27, 2023

HONORABLE JAMES V. SELNA
United States District Court Judge