1  HEATHER K. McMILLAN (SBN 188939)
   heather@scmclaw.com
2  CHRISTOPHER E. GAVRILIUC (SBN 324599)
   chris@scmclaw.com
3  **STEVENS & McMILLAN**
   335 Centennial Way
4  Tustin, California 92780
   Telephone:  (714) 730-1000
5  Facsimile:   (714) 730-1067

6  Attorneys for Plaintiff,
   JONATHAN ABED
7

8  JOHN J. SHAEFFER (SBN 138331)
   jshaeffer@FoxRothschild.com
   DANIEL V. KITZES (SBN 305928)
9  dkitzes@FoxRothschild.com
   **FOX ROTHSCHILD LLP**
10 Constellation Place
   10250 Constellation Blvd., Suite 900
11 Los Angeles, California 90067
   Telephone:  (310) 598-4150
12 Facsimile:   (310) 556-9828

13 Attorneys for Defendant,
   VYAIRE MEDICAL, INC.
14

15              **UNITED STATES DISTRICT COURT**

16              **CENTRAL DISTRICT OF CALIFORNIA**

17 | JONATHAN ABED, | Case No.:  8:21-CV-01012-JVS-JDE
18 |                | District Judge:     Hon. James V. Selna
   |                | Magistrate Judge: Hon. John D. Early
19 | Plaintiff,     |
   | v.             | **JOINT STIPULATION FOR ENTRY OF FINAL JUDGMENT**
20 |                |
21 | VYAIRE MEDICAL, INC., and DOES 1 through 50, inclusive, | Action Filed: April 29, 2021
   |                | Removed:       June 10, 2021
   |                | Final PTC:     January 30, 2023
22 | Defendants.    | Trial Date:    February 15, 2023

23

24

25        Plaintiff JONATHAN ABED ("Plaintiff") and Defendant VYAIRE

26 MEDICAL, INC. ("Defendant") (collectively "the Parties"), by and through their

27 attorneys of record, submit the following Joint Stipulation for Entry of Final

28 Judgment in the above-captioned matter:

---
1
JOINT STIPULATION FOR ENTRY OF FINAL JUDGMENT

1  WHEREAS, trial in this matter commenced on February 15, 2023; and
2  WHEREAS, Judgment was entered on February 27, 2023, awarding Plaintiff
3  JONATHAN ABED the sum of $158,027.84 as against Defendant VYAIRE
4  MEDICAL, INC. for unpaid wages, with penalties and interest thereon at the
5  statutory rate from the date of the entry of the Judgment until paid, together with
6  attorneys' fees and costs to be determined by motion to the Court. The term
7  Judgement was defined therein as the judgment ordering that Plaintiff Jonathan
8  Abed have and recover from Defendant Vyaire Medical Inc. the sum of $158,027.84
9  with interest thereon at the statutory rate from February 27, 2023, until paid,
10 together with attorneys' fees and costs to be determined at a later date; and
11 WHEREAS, on March 20, 2023, the parties filed a joint stipulation agreeing
12 and stipulated to the following:
13     (1)  The sum of $325,000.00 for plaintiff's attorneys' fees at that point plus
14 costs in the amount of $4,114.46 (to be included in the Amended Judgment);
15     (2)  The Defendant retained and did not waive its right to appeal the
16 Judgment, Amended Judgment, and/or Order(s);
17     (3)  Plaintiff retained and did not waive his right to seek any additional
18 attorneys' fees and costs reasonably incurred following entry of the Amended
19 Judgment, including but not limited to any attorneys' fees and costs related
20 to and/or in connection with any appeal of this case and/or the enforcement of the
21 Judgment and/or Amended Judgment; and
22     (4)  The Amended Judgment would continue to accrue post-judgment
23 interest.
24 WHEREAS, on March 27, 2023, the court executed and entered an Amended
25 Judgment in the Civil case pursuant to the party's stipulation, a total Judgment in
26 favor of Plaintiff in the amount of $487,142.30, with post judgment interest accruing
27 at the statutory rate until paid.
28 / / /

WHEREAS, Vyaire Medical Inc. filed its Opening Appellate Brief and supporting documents with the Ninth Circuit Court of Appeals on July 24, 2023.

WHEREAS, Jonathan Abed filed his Answering Appellate Brief and supporting documents with the Ninth Circuit Court of Appeals on September 29, 2023.

WHEREAS, Vyaire Medical Inc. filed its Reply to Jonathan Abed's Answering Appellate Brief on November 17, 2023.

WHEREAS, the Ninth Circuit Court of Appeals heard oral argument on this matter on March 26, 2024.

WHEREAS, on May 1, 2024, the Ninth Circuit Court of Appeals issued a memorandum disposition that affirmed the district court in part, reversed the district court in part, and remanded for a recalculation of plaintiff's recovery consistent with the memorandum disposition.

WHEREAS, the parties agree that this stipulation and the final judgment will resolve the need for the court to recalculate plaintiff's recovery since the parties are stipulating to plaintiff's recovery consistent with the Ninth Circuit Court of Appeals May 1, 2024, memorandum disposition, and for the court to enter Final Judgement.

WHEREAS, only the waiting time penalty on the unpaid wages claim was reversed on Appeal and everything else was affirmed.

WHEREAS, the parties agree that the damages connected to the waiting time penalty was only $34,226.80, and is not included in the final judgement the parties are hereby stipulating to enter into.

WHEREAS, in the interest of resolving this matter without the need for further motion practice or determinations by the courts, the parties enter into this stipulated judgment.

WHEREAS, Vyaire Medical Inc. agrees that they are liable to Jonathan Abed for the amounts stipulated to herein until paid.

/ / /

WHEREAS, the parties hereby agree and stipulate that the court enter final judgment ordering that Plaintiff Jonathan Abed have and recover from Defendant Vyaire Medical Inc. the total sum of $550,000.00 with interest thereon at the statutory rate from June 14, 2024, until paid, and that the sum is allowed as follows:

1. That Plaintiff Jonathan Abed recover from Defendant Vyaire Medical Inc. the amount of $100,932.28 in damages for Breach of Contract, Unpaid Wages, and Unfair Competition.

2. That Plaintiff Jonathan Abed recover from Defendant Vyaire Medical Inc. the amount of $4,114.46 for costs incurred prior to the Appeal.

3. That Plaintiff Jonathan Abed recover from Defendant Vyaire Medical Inc. the amount of $37,690.97 for interest on damages for Breach of Contract, Unpaid Wages, and Unfair Competition; and

4. That Plaintiff Jonathan Abed recover from defendant Vyaire Medical Inc. the amount of $407,262.29 for attorney fees.

WHEREAS, it is hereby stipulated that the district court shall retain justification to enforce the Final Judgment.

WHEREAS, it is hereby stipulated that the district court shall award reasonable attorney fees and costs for any reasonable enforcement efforts that plaintiff makes after June 14, 2024.

**IT IS HEREBY STIPULATED** by the Parties, subject to the approval of the Court, that the Court enter Final Judgment to reflect an award to Plaintiff Jonathan, to have and recover from Defendant Vyaire Medical Inc., of $100,932.28 in damages for Breach of Contract, Unpaid Wages, and Unfair Competition, $4,114.46 for costs incurred prior to the Appeal, $37,690.97 for interest on damages for Breach of Contract, Unpaid Wages, and Unfair Competition, and $407,262.29 for attorney fees, for a total Final Judgment in favor of Plaintiff in the amount of $550,000.00, with interest to accrue thereon at the statutory rate from June 14, 2024, until paid. The term "Final Judgment" is defined herein as "a total Judgment in favor of Plaintiff, to have

and recover from Defendant Vyaire Medical Inc, in the amount of $550,000.00, with post judgment interest accruing at the statutory rate from June 14, 2024, until paid.

DATED: May 20, 2024　　　　　　　　**STEVENS & McMILLAN**

　　　　　　　　　　　　　　By:　*/s/ Heather McMillan*
　　　　　　　　　　　　　　　　　HEATHER McMILLAN
　　　　　　　　　　　　　　　　　CHRISTOPHER E. GAVRILIUC
　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　JONATHAN ABED

DATED: May 20, 2024　　　　　　　　**FOX ROTHSCHILD LLP**

　　　　　　　　　　　　　　By:　*/s/ John J. Shaeffer*
　　　　　　　　　　　　　　　　　JOHN J. SHAEFFER
　　　　　　　　　　　　　　　　　DANIEL V. KITZES
　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　VYAIRE MEDICAL, INC.

**CERTIFICATE OF SERVICE**
*Jonathan Abed v. Vyaire Medical, Inc., et al.*
Case No.: 8:21-cv-01012-JVS-(JDEx)

I am over the age of 18 and not a party to the within action. I am employed in the County of Orange, State of California; my business address is 335 Centennial Way, Tustin, California 92780.

On the date set forth below, I served on all interested parties in this action the foregoing document described as **JOINT STIPULATION FOR ENTRY OF FINAL JUDGMENT** by the method indicated below:

Daniel V. Kitzes, esq.
John J. Shaeffer, esq.
**FOX ROTHSCHILD, LLP**
10250 Constellation Blvd.
Suite 900
Los Angeles, CA 90067
T: (310) 598-4150 / F: (310) 556-9828
*dkitzes@foxrothschild.com*
*jshaeffer@foxrothschild.com*

**Attorneys for Defendant VYAIRE MEDICAL, INC.**

[X]   **BY CM/ECF:** With the Clerk of the United States District Court of California using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

[X]   I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made.

[X]   I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on May 20, 2024 at Tustin, California.

             */s/ Donald E. Corbett*
             Donald E. Corbett