UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN ABED,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VYAIRE MEDICAL, INC., and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No.:   8:21-CV-01012-JVS-JDE<br><br>District Judge:　　Hon. James V. Selna<br>Magistrate Judge: Hon. John D. Early<br><br>**FINAL JUDGMENT IN A CIVIL CASE [94]** |

This action came before this Court for trial on February 15, 2023, the issues having been decided, this Court found in favor of Plaintiff on his claims, for Failure to Pay Wages & Penalty, Unfair Competition (Bus. & Prof. Code § 17200, *et seq.*), and Breach of Contract. The Ninth Circuit Court of Appeals affirmed this Court's decision on all but the waiting time penalty.

Accordingly, **IT IS HEREBY ORDERED AND ADJUDGED**:

1. That Plaintiff Jonathan Abed recover from Defendant Vyaire Medical Inc. the amount of $100,932.28 in damages for Breach of Contract, Unpaid Wages, and Unfair Competition.

2. That Plaintiff Jonathan Abed recover from Defendant Vyaire Medical Inc. the amount of $4,114.46 for costs incurred prior to the Appeal.

3. That Plaintiff Jonathan Abed recover from Defendant Vyaire Medical Inc. the amount of $37,690.97 for interest on damages for Breach of Contract, Unpaid Wages, and Unfair Competition; and

4. That Plaintiff Jonathan Abed recover from defendant Vyaire Medical Inc. the amount of $407,262.29 for attorney fees.

5. That this court shall retain justification to enforce the Final Judgment.

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff Jonathan Abed have and recover from Defendant Vyaire Medical, Inc., the sum of $550,000.00, with interest to accrue thereon at the statutory rate from June 14, 2024, until paid.

DATED: May 21, 2024

HONORABLE JAMES V. SELNA
United States District Court Judge